

# Fourth Court of Appeals
## San Antonio, Texas

January 19, 2018

No. 04-17-00858-CV

**IN THE ESTATE OF RAYMOND OATMAN WHIPPLE, JR., DECEASED**,

From the County Court, Guadalupe County, Texas
Trial Court No. 2006-PC-0273
Honorable Robin V. Dwyer, Judge Presiding

## O R D E R

      The clerk's record and reporter's record were due to be filed in this appeal on January 15, 2018. Both the trial court clerk and the court reporter have filed notifications of late record stating that the records have not been filed because appellant has failed to pay or make arrangements to pay the fees for preparing the records and that appellant is not entitled to appeal without paying the fees. It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the fees have been paid or arrangements have been made to pay the fees for preparing the clerk's record and reporter's record; or (2) appellant is entitled to appeal without paying the fees. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of January, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court